IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| **CHARLES LAMONT TOLER** | : | VIOLATIONS:<br>21 U.S.C. § 841(a)(1) (possession with |
| | : | intent to distribute 500 grams or more of cocaine - 1 count) |
| | : | 21 U.S.C. § 860(a) (possession with intent to distribute 500 grams or more of |
| | : | cocaine within 1,000 feet of a school - 1 count) |
| | : | 18 U.S.C. § 924(c) (possession of a firearm in furtherance of a drug trafficking crime |
| | : | - 1 count) |
| | : | 18 U.S.C. § 922(g)(1) (convicted felon in possession of a firearm - 1 count)<br>Notice of forfeiture |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about January 30, 2009, in Parkside, in the Eastern District of

Pennsylvania, defendant

**CHARLES LAMONT TOLER**

knowingly and intentionally possessed with intent distribute 500 grams or more, that is,

approximately 835.2 grams, of a mixture and substance containing a detectable amount of

cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 30, 2009, in Parkside, in the Eastern District of Pennsylvania, defendant

**CHARLES LAMONT TOLER**

knowingly and intentionally possessed with intent distribute 500 grams or more, that is, approximately 835.2 grams, of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, within 1,000 feet of the real property comprising the Parkside Elementary School, a public elementary school, located at 2 East Forestview Avenue, Parkside, Pennsylvania, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

In violation of Title 21, United States Code, Section 860(a).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 30, 2009, in Parkside, in the Eastern District of Pennsylvania, defendant

**CHARLES LAMONT TOLER**

knowingly possessed a firearm , that is, a Smith & Wesson, .40 caliber semi-automatic pistol, serial number MPB3015, loaded with three live rounds of ammunition, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute a controlled substance in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 30, 2009, in Parkside, in the Eastern District of Pennsylvania, defendant

**CHARLES LAMONT TOLER**,

having been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting interstate commerce a firearm, that is, a Smith & Wesson, .40 caliber semi-automatic pistol, serial number MPB3015, loaded with three live rounds of ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Sections 924(c) and 922(g)(1), set forth in this indictment, defendant

## CHARLES LAMONT TOLER

shall forfeit to the United States of America the firearms and ammunition involved in the commission of such offenses, including, but not limited to:

1. One Smith & Wesson, .40 caliber semi-automatic pistol, serial number MPB3015, and

2. three live rounds of ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

_____
**GRAND JURY FOREPERSON**

_____
**MICHAEL L. LEVY**
**United States Attorney**