## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL NO. 09-728-1 |
| | : | |
| CHARLES LAMONT TOLER | : | |
| | : | |

### ORDER

**AND NOW**, this 1st day of October, 2010, upon consideration of Defendants "Motion for Judgment of Acquittal and Alternative Motion for a New Trial," (doc. no. 70), and the Government's response thereto, it is hereby **ORDERED** that Defendant's motions are **DENIED.**

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

_____
**MITCHELL S. GOLDBERG, J.**